WR-84,353-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/16/2015 9:55:34 AM
Accepted 12/18/2015 4:28:31 PM
ABEL ACOSTA
CLERK

## IN THE COURT OF CRIMINAL APPEALS

EX PARTE                              §
                                      §
                                      §
                                      § WRIT NO. _____
KIMBALL D. HAILEY II                  § TRIAL NO. C-213-010508-1152280-A

RECEIVED
COURT OF CRIMINAL APPEALS
12/18/2015
ABEL ACOSTA, CLERK

## FIRST MOTION FOR EXTENSION OF TIME FOR RESOLUTION OF ISSUES AND SUBMISSION OF WRIT RECORD

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, the 213th Judicial District Court of Tarrant County Texas and moves this Court to grant an additional thirty (30) day extension of time for resolution of the issues and submit the writ record in this case. The following allegations are made in support of this motion:

## I.
## PROCEDURAL HISTORY

On June 14, 2010, KIMBALL D. HAILEY II ("Applicant"), was convicted by a jury of capital murder. The trial court then sentenced Applicant to confinement for life in the Texas Department of Criminal Justice – Institutional Division.

On October 18, 2012, the Second Court of Appeals affirmed the trial court's judgment. *Hailey v. State*, 413 S.W.3d 457 (Tex. App. – Fort Worth Oct. 18, 2012, pet. ref'd).

On June 30, 2015, Applicant filed this application for writ of habeas corpus.

1

The State was served on that date.

The trial court's 180 day deadline to resolve the issues in this application for writ of habeas corpus is December 28, 2015, because December 27, 2015, is a Sunday. *See* Tex. R. App. 73.5.

## II.
## AN ADDITIONAL THIRTY DAY EXTENSION IS REQUESTED

The trial court requests that this Court grant an additional thirty (30) day extension of time for resolution of the issues and submit the writ record in this application. If this extension is granted, the resolution of the issues would be accomplished **on or before January 26, 2016**, and the writ record submitted **on or before January 27, 2016**.

This extension is not sought for purposes of delay. Additional time is needed to determine whether the appellate record supports or rebuts Applicant's ineffective assistance of counsel claims.

WHEREFORE, PREMISES CONSIDERED, the trial court prays that this Court grant an additional thirty (30) day extension for resolution of the issues in this case and

order that the issues be resolved by **on or before January 26, 2016**, and the writ

record submitted **on or before January 27, 2016**.

Respectfully submitted,


/s/ CHARLES P. REYNOLDS
CHARLES PATRICK REYNOLDS
Judicial Staff Counsel and
Post-Conviction Magistrate
Tarrant County, Texas
401 W. Belknap
Fort Worth, Texas 76196
(817) 884-2326
Fax (817) 884-2312
State Bar No. 00789580

## CERTIFICATE OF SERVICE

A true copy of the above First Motion for Extension of Time for Resolution of Issues has been hand-delivered to Hon. Andréa Jacobs, Assistant Criminal District Attorney, Tarrant County District Attorney's Office and  mailed to Applicant, Mr. Kimball D. Hailey, TDCJ-ID# 01650116, French Robertson Unit, 12071 FM 3522, Abilene, Texas 79601 on the 16th day of December, 2015.

/s/ CHARLES P. REYNOLDS
CHARLES PATRICK REYNOLDS